UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN LABORERS HEALTH FUND,
WISCONSIN LABORERS PENSION FUND,
WISCONSIN LABORERS DISTRICT
COUNCIL, THOMAS FISHER, and
WISCONSIN LABORERS-EMPLOYERS
COOPERATION AND EDUCATION TRUST
FUND,

      Plaintiffs,

v.

STEVEN R. SMITH, d/b/a SJ&J WINDOW &
CLEANING,

      Defendant.

ENTRY OF DEFAULT

08-cv-0160-bbc

---

Plaintiffs request that the clerk of court enter default against defendant Steven R. Smith, d/b/a SJ&J Window & Cleaning pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendant has failed to appear, plead, or otherwise defend, the default of defendant is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this 5th day of May, 2008.

/s/ _____
Theresa M. Owens
Clerk of Court