UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN LABORERS HEALTH FUND,
WISCONSIN LABORERS PENSION FUND,
WISCONSIN LABORERS DISTRICT COUNCIL,
and THOMAS FISHER;

WISCONSIN LABORERS-EMPLOYERS
COOPERATION AND EDUCATION TRUST FUND,

        Plaintiffs,

vs.                                    Case No.  08-C-160

STEVEN R. SMITH d/b/a S J & J WINDOW & CLEANING,

        Defendant.

---

## ORDER FOR JUDGMENT

---

Request and application for default judgment brought by the Plaintiffs in the above-captioned action were submitted to the Court and filed with the clerk.

The Court, having duly heard all issues and a decision having been duly rendered, orders as follows:

1.     Defendant Steven R. Smith d/b/a S J & J Window & Cleaning has failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

2.    Steven R. Smith d/b/a S J & J Window & Cleaning violated the Labor-Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreement by failing to pay fringe benefit contributions on behalf of its employees to the Plaintiff Funds.

3.    As a result of Defendant's failure, Plaintiffs are entitled to damages consisting of unpaid liquidated damages, interest attorney fees and costs.

4.    The court assesses the total damages to the Plaintiffs in the sum of $24,386.81.

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to enter judgment in favor of Plaintiffs, Wisconsin Laborers Health Fund, Wisconsin Laborers Pension Fund, Wisconsin Laborers District Council, and Wisconsin Laborers-Employers Cooperation and Education Trust Fund, and against Defendant Steven R. Smith d/b/a S J & J Window & Cleaning in the amount of $24,386.81 together with interest at the rate allowed by law.

Dated this 4th day of June, 2008.

BY THE COURT

*Barbara B. Crabb*

U. S. District Court Judge