UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN LABORERS HEALTH FUND,
WISCONSIN LABORERS PENSION FUND,
WISCONSIN LABORERS DISTRICT COUNCIL,
and THOMAS FISHER;

WISCONSIN LABORERS-EMPLOYERS
COOPERATION AND EDUCATION TRUST FUND,

      Plaintiffs,

vs.                                    Case No.  08-C-160

STEVEN R. SMITH d/b/a S J & J WINDOW & CLEANING,

      Defendant.

---

### ENTRY OF JUDGMENT ON THE DECISION BY THE COURT

---

This action having come on for hearing before the Court, and the issues having been duly heard, and a decision having been duly rendered,

**IT IS ORDERED AND ADJUDGED** that the Plaintiffs, Wisconsin Laborers Health Fund, Wisconsin Laborers Pension Fund, Wisconsin Laborers District Council, and Wisconsin Laborers-Employers Cooperation and Education Trust Fund, recover from the Defendant Steven R. Smith d/b/a S J & J Window & Cleaning the sum of $24,386.81 with interest thereon at the rate that is provided by law.

Dated at ~~Milwaukee~~ Madison, Wisconsin, this 4th day of _____, 2008.

                                            **THERESA M. OWENS**

                                            Clerk of Court

                                          *L. Jensen*

                                          Deputy Clerk

Approved as to form this 4th day of June, 2008.

*Barbara B. Crabb*
U. S. District Court Judge